# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Koschik, Alan M. | **2. Court or Organization**<br><br>United States Bankruptcy Court, Northern District of Ohio | **3. Date of Report**<br><br>07/02/2019 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

John F. Seiberling Federal Building and United States Courthouse
2 South Main Street, Room 240
Akron, Ohio 44308

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2000-2018 | Brouse McDowell -- employer sponsored 401(k) retirement plan and profit sharing plan; Rolled over to IRA with Merrill Lynch on October 11, 2018. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koschik, Alan M. | 07/02/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Thrive Arts Center, Hourly Wages |
| 2. | 2018 | Solon Board of Education, Hourly Wages |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Akron Bar Association and Stark County Bar Association | 04/13/2018 | Hartville, Ohio | Attend White-Williams Bankruptcy Seminar | Registration Fee and Materials, and Lunch |
| 2. | National Conference of Bankruptcy Judges | 10/27/2018 to 10/31/2018 | San Antonio, Texas | partial reimbursement for lodging during annual NCBJ Conference | two (2) nights lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koschik, Alan M. | 07/02/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Discover Card | Revolving Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koschik, Alan M. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  STRS Russell 2000 Index Fund | | None | J | T | | | | | |
| 2.  STRS Large Cap Core Fund | | None | J | T | | | | | |
| 3.  MFS Value R5 | | None | | | Redeemed | 10/11/18 | M | | To Merrill Lynch accounts |
| 4.  Large Cap Growth/Jennison Fund | | None | | | Redeemed | 10/11/18 | N | | To Merrill Lynch accounts |
| 5.  MassMutual Select Mid Cap Growth Equity II | | None | | | Redeemed | 10/11/18 | M | | To Merrill Lynch accounts |
| 6.  Metropolitan West Total Return Bond Plan | | None | | | Redeemed | 10/11/18 | L | | To Merrill Lynch accounts |
| 7.  Oppenheimer Main Street Mid Cap Fund C | | None | | | Redeemed | 04/20/18 | J | | To Opp. Cap. Apprec. C |
| 8.  | | | | | Redeemed | 04/20/18 | J | | To Opp. Emerg. Mkts. C |
| 9.  Oppenheimer Main Street Fund C | | None | | | Redeemed | 04/20/18 | K | | To Opp. Intl. Diversif'd C |
| 10.  Oppenheimer Main Street All Cap (fka Select) Fund C | | None | | | Redeemed | 04/20/18 | J | | To Opp. Cap. Apprec. C |
| 11.  | | | | | Redeemed | 04/20/18 | J | | To Opp. Intl. Bond C |
| 12.  | | | | | Redeemed | 04/20/18 | J | | To Opp. Main St. Sm. Cap. |
| 13.  | | | | | Redeemed | 04/20/18 | J | | To Opp. Value Fund C |
| 14.  Oppenheimer International Growth Fund C | | None | | | Redeemed | 04/20/18 | K | | To Opp. Cap. Apprec. C |
| 15.  Oppenheimer Global Opportunities Fund C | | None | | | Redeemed | 04/20/18 | K | | To Opp. Value Fund C |
| 16.  Oppenheimer Capital Income Fund C | A | Dividend | | | Redeemed | 04/20/18 | J | | To Opp. Intl. Diversif'd C |
| 17.  | | | | | Redeemed | 04/20/18 | K | | To Opp. Ltd. Term Bond |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koschik, Alan M. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Redeemed | 04/20/18 | J | | To Opp. Cap. Apprec. C |
| 19. Oppenheimer Global Allocation Fund C | | None | | | Redeemed | 04/20/18 | J | | To Opp. Value Fund C |
| 20. | | | | | Redeemed | 04/20/18 | J | | To Opp. Intl. Bond C |
| 21. Oppenheimer Intl. Diversified Fund C | | None | | | Buy | 04/20/18 | J | | From Opp. Cap. Inc. Fund C |
| 22. | | | | | Buy | 04/20/18 | K | | From Opp. Main St. Fund C. |
| 23. | | | | | Redeemed | 10/11/18 | K | | To Merrill Lynch Accounts |
| 24. Oppenheimer Limited-Term Bond Fund C | A | Dividend | | | Buy | 04/20/18 | K | | From Opp. Cap. Inc. Fund C |
| 25. | | | | | Redeemed | 10/11/18 | K | | To Merrill Lynch Accounts |
| 26. Oppenheimer Capital Appreciation Fund C | | None | | | Buy | 04/20/18 | J | | From Opp. Main St. All-Cap |
| 27. | | | | | Buy | 04/20/18 | K | | From Opp. Intl. Growth C |
| 28. | | | | | Buy | 04/20/18 | J | | From Opp. Main St. Mid-Cap |
| 29. | | | | | Buy | 04/20/18 | J | | From Opp. Cap. Inc. Fund C |
| 30. | | | | | Redeemed | 10/11/18 | K | | To Merrill Lynch Accounts |
| 31. Oppenheimer Value Fund C | A | Dividend | | | Buy | 04/20/18 | K | | From Opp. Global Opport. C |
| 32. | | | | | Buy | 04/20/18 | J | | From Opp. Global Allocat C |
| 33. | | | | | Buy | 04/20/18 | J | | From Opp. Main St. All-Cap |
| 34. | | | | | Redeemed | 10/11/18 | K | | To Merrill Lynch Accounts |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koschik, Alan M. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oppenheimer International Bond Fund C | A | Dividend | | | Buy | 04/20/18 | J | | From Opp. Global Allocat C |
| 36. | | | | | Buy | 04/20/18 | J | | From Opp. Main St. All-Cap |
| 37. | | | | | Redeemed | 10/11/18 | J | | To Merrill Lynch Accounts |
| 38. Oppenheimer Main Street Small Cap Fund C | | None | | | Buy | 04/20/18 | J | | From Opp. Main St. All-Cap |
| 39. | | | | | Redeemed | 10/11/18 | J | | To Merrill Lynch Accounts |
| 40. Oppenheimer Emerging Markets Innovators Fund C | | None | | | Buy | 04/20/18 | J | | From Opp. Main St. Mid-Cap |
| 41. | | | | | Redeemed | 10/11/18 | J | | To Merrill Lynch Accounts |
| 42. NY Life MSVP Cornerstone Growth Fund | | None | | | Redeemed | 10/30/18 | K | | To Merrill Lynch Accounts |
| 43. NY Life Epoch US Equity (fka ICAP Select Equity) Fund | | None | | | Redeemed | 10/30/18 | K | | To Merrill Lynch Accounts |
| 44. NY Life VP Eagle Small Cap Int Cl Fund | | None | | | Redeemed | 10/30/18 | K | | To Merrill Lynch Accouints |
| 45. Merrill Lynch: Bank of America RASP (Money Market Fund) | A | Interest | J | T | Buy | 10/17/18 | J | | Fr. Oppen and Pruden Accts |
| 46. Merrill Lynch: U.S. Treasury Bill | | None | M | T | Buy | 10/29/18 | M | | From Prudential Accounts |
| 47. Merrill Lynch: U.S. Treasury Note | B | Interest | M | T | Buy | 10/29/18 | M | | From Prudential Accounts |
| 48. Merrill Lynch: IShares Russell 1000 Fund | B | Dividend | M | T | Buy | 10/19/18 | L | | From Oppenheimer Accounts |
| 49. | | | | | Buy | 10/30/18 | M | | From Prudential Accounts |
| 50. | | | | | Buy | 11/14/18 | K | | From New York Life Accts. |
| 51. Merrill Lynch: IShares 1-3 Year Treasury Bond ETF | A | Dividend | K | T | Buy | 10/19/18 | J | | From Oppenheimer Accounts |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koschik, Alan M. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 10/30/18 | K | | From Prudential Accounts |
| 53. | | | | | Buy | 11/14/18 | J | | From New York Life Accts. |
| 54. Merrill Lynch: TIPS Bond ETF | A | Dividend | K | T | Buy | 10/19/18 | J | | From Oppenheimer Accounts |
| 55. | | | | | Buy | 10/30/18 | K | | From Prudential Accounts |
| 56. | | | | | Buy | 11/14/18 | J | | From New York Life Accts. |
| 57. Merrill Lynch: IShares Short Treasury Bond ETF | A | Dividend | K | T | Buy | 10/19/18 | J | | From Oppenheimer Accounts |
| 58. | | | | | Buy | 10/30/18 | K | | From Prudential Accounts |
| 59. | | | | | Buy | 11/14/18 | J | | From New York Life Accts. |
| 60. Merrill Lynch: SPDR Gold Trust | | None | K | T | Buy | 10/19/18 | J | | From Oppenheimer Accounts |
| 61. | | | | | Buy | 10/30/18 | J | | From Prudential Accounts |
| 62. | | | | | Buy | 11/14/18 | J | | From New York Life Accts. |
| 63. Merrill Lynch: Vanguard Small-Cap Fund | A | Dividend | K | T | Buy | 10/19/18 | K | | From Oppenheimer Accounts |
| 64. | | | | | Buy | 10/30/18 | K | | From Prudential Accounts |
| 65. | | | | | Buy | 11/14/18 | J | | From New York Life Accts. |
| 66. Merrill Lynch: Vanguard Mid-Cap ETF | A | Dividend | L | T | Buy | 10/19/18 | K | | From Oppenheimer Accounts |
| 67. | | | | | Buy | 10/30/18 | K | | From Prudential Accounts |
| 68. | | | | | Buy | 11/14/18 | J | | From New York Life Accts. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koschik, Alan M. | 07/02/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Merrill Lynch: Vanguard FTSE Emerging ETF | A | Dividend | K | T | Buy | 10/19/18 | K | | From Oppenheimer Accounts |
| 70. | | | | | Buy | 10/30/18 | K | | From Prudential Accounts |
| 71. | | | | | Buy | 11/14/18 | J | | From New York Life Accts. |
| 72. Merrill Lynch: Vanguard FTSE Developed ETF | A | Dividend | L | T | Buy | 10/19/18 | K | | From Oppenheimer Accounts |
| 73. | | | | | Buy | 10/30/18 | K | | From Prudential Accounts |
| 74. | | | | | Buy | 11/14/18 | J | | From New York Life Accts. |
| 75. American Fund Money Market 529C | | None | J | T | | | | | |
| 76. Thrivent Financial for Lutherans Whole Life Insurance Policy | A | Dividend | J | T | | | | | |
| 77. Key Bank, N.A., Cash Accounts | A | Interest | K | T | | | | | |
| 78. Galler SB, LLC | A | Dividend | M | W | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koschik, Alan M. | 07/02/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Section VII, all of the items listed as Nos. 1-74 are funds in tax deferred retirement accounts (including 401(k) and 401(a) plans and rollover IRAs) or college 529 accounts. The income reported includes all income (dividend, interest, etc.) actually reported to me in the monthly, quarterly, and annual statements I received. I assume that the remainder of the changes in value, including in those funds for which income is identified as "none," are from market value appreciation (or depreciation) of the underlying investments. In a few instances, LT and ST capital gain figures were separately reported to me. I have included those amounts as income (although I included them as "dividends" since there is not option to select "capital gains"). To the extent other portions of the change in value could be attributed to some form of income, as opposed to market appreciation, those amounts have not been reported to me. This comment is intended to address the issues first raised by the Committee's letter to me dated February 3, 2015, regarding my initial financial disclosure dated December 15, 2014. That letter noted that "all income is reportable, whether taxable, tax deferred, or tax exempt. . . . the amount of the dividends reinvested must be listed as income on your report. You may want to refer to pages 45 and 46 of the filing instructions." I have carefully reviewed the instructions, as I had before preparing my initial disclosure. As I did with my initial disclosure, this annual disclosure includes all income that has been reported to me.

In Section VII, the four funds reported at lines 3-6 are Prudential funds held in the Brouse McDowell employer-sponsored 401(k) plan. Those assets were rolled over into my new Rollover IRA with Merrill Lynch on October 11, 2018, and were invested by Merrill Lynch on October 30, 2018. They were allocated among 9 investment funds, a U.S. Treasury Bill, a U.S. Treasury Note, and a Bank of America Money Market Fund. Each transaction describes the rollover as being made "To the Merrill Lynch Accounts." The Merrill Lynch funds appear at lines 45-74 and all include the name "Merrill Lynch" for identification purposes. References to transactions in the Merrill Lynch funds as being "From Prudential Accounts" refers to rollovers from the four (4) funds reported at lines 3-6.

In Section VII, the Oppenheimer funds reported at lines 7-20 were all reallocated to other Oppenheimer funds on April 20, 2019. The Oppenheimer funds to which the previous funds were reallocated are reported at lines 21-41. Those funds were all rolled over to the Merrill Lynch funds (lines 45-74) on October 11, 2018, were invested by Merrill Lynch on October 19, 2018, and are described as being made "To Merrill Lynch Accounts." References to transactions in the Merrill Lynch funds as being "From Oppenheimber Accounts" refers to the rollovers from the seven (7) funds reported at lines 21-41.

In Section VII, the New York Life funds reported at lines 42-44 were rolled over to the Merrill Lynch funds (lines 45-74) on October 30, 2018, were invested by Merrill Lynch on November 14, 2018, and are described as being made "To Merrill Lynch Accounts." References to transactions in the Merrill Lynch funds as being "From New York Life Accts." refers to the rollovers from the three (3) New York Life funds reported at lines 42-44.

In Section VII, the funds rolled over from Oppenheimer and Prudential to Merrill Lynch on October 11, 2018, and invested on October 17, 2018, by Merrill Lynch into the Bank of America Money Market Fund (Bank of America RASP), are described on line 45 as being "Fr. Oppen and Pruden Accts."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan M. Koschik**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544